IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GLORIA COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 123-092 |
| | ) |
| DENIS McDONOUGH, Secretary of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The above-captioned case was filed on July 7, 2023, Plaintiff filed an amended complaint on October 19, 2023, and Defendant filed a motion to dismiss on November 22, 2023. (Doc. nos. 1, 6, 8.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed. The pendency of the motion to dismiss before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 25th day of January, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA